UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NAKEENA R. FLORENCE,<br>                  Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>                  Defendant.<br>_____/ | Case No. 22-12299<br><br>Gershwin A. Drain<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER STRIKING SECOND MOTION FOR SUMMARY JUDGMENT (ECF No. 13)

On January 17, 2023, Plaintiff timely filed her motion for summary judgment. (ECF No. 11). Ten days later, she filed another motion for summary judgment that appears substantially similar, if not identical, to the first. (ECF No. 13). The Local Rules of this District require leave of the Court before filing more than one motion for summary judgment. E.D.M.I. L.R. 7.1(c)(3). Plaintiff did not obtain leave to file a second dispositive motion. Thus, that motion (ECF No. 13) is **STRICKEN**.

      **IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R.

Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: January 30, 2023         s/Curtis Ivy, Jr.
                               Curtis Ivy, Jr.
                               United States Magistrate Judge